JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BENJAMIN FELLOWS, | Case No. 2:21-cv-09199-JVS (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| MATTHEW ATCHLEY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: February 15, 2023

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE